UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COUNCIL OF THE BLIND, et al., <br><br>          Plaintiffs, <br><br>     v. <br><br>COUNTY OF SAN MATEO, et al., <br><br>          Defendants. | Case No. 15-cv-05784-HSG <br><br> **ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: 1/7/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge