**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA COUNCIL OF THE BLIND, et al.,

                    Plaintiff,

    v.

COUNTY OF SAN MATEO, et al.,

                    Defendant.

No. C 15-cv-05784 CRB

**ORDER DIRECTING A RESPONSE TO ADMINISTRATIVE MOTION FOR RELIEF FROM GENERAL ORDER 56**

Plaintiffs have moved for administrative relief from General Order 56. See Administrative Motion (dkt. 34). The Court ORDERS Defendants to respond to the motion by Wednesday, May 4, 2016.

**IT IS SO ORDERED.**

Dated: April 28, 2016

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE