UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COUNCIL OF THE BLIND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>Defendants. | Case No. 15-cv-05784-CRB<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: July 26, 2016<br>Mediator: Howard Herman |

IT IS HEREBY ORDERED that the request to excuse defendant Alex Padilla from appearing in person at the July 26, 2016, mediation before Howard Herman is GRANTED.

**IT IS SO ORDERED**.

Dated: July 18, 2016

Maria-Elena James
United States Magistrate Judge