# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COUNCIL OF THE BLIND, et al.<br><br>         Plaintiffs,<br><br>    v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>         Defendants. | Case No.  15-cv-05784-CRB<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: July 26, 2016<br>Mediator: Howard Herman |

IT IS HEREBY ORDERED that the request to excuse defendant Mark Church from appearing in person at the July 26, 2016, mediation before Howard Herman is GRANTED.  As set forth in the request, Mr. Church shall be available by telephone at all times for the duration of the mediation in case he is needed.

**IT IS SO ORDERED**.

Dated: July 18, 2016

Maria-Elena James
United States Magistrate Judge