LISA ELLS – 243657
MICHAEL S. NUNEZ – 280535
ANDREW G. SPORE – 308756
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: lells@rbgg.com
mnunez@rbgg.com
aspore@rbgg.com

ROBERT RUBIN – 085084
LAW OFFICE OF ROBERT RUBIN
131 Steuart Street, Suite 300
San Francisco, California 94105-1241
Telephone: (415) 625-8454
Email: robertrubinsf@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CALIFORNIA COUNCIL OF THE BLIND, a California nonprofit corporation, LYNDA JOHNSON, and JAMES GUMP,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN MATEO; MARK CHURCH, in his official capacity as Chief Elections Officer and Assessor-County Clerk-Recorder for the County of San Mateo; THE STATE OF CALIFORNIA; and ALEX PADILLA, in his official capacity as Secretary of State of California,<br><br>Defendants. | Case No. 15-cv-05784-CRB<br><br>**[PROPOSED]** ORDER GRANTING STIPULATED REQUEST TO DISMISS CASE<br><br>Judge: Hon. Charles R. Breyer<br><br>Trial Date: None Set |

Pursuant to the parties' Stipulation of Dismissal of Case and the parties' representations to the Court concerning settlement NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. All of Plaintiffs' claims in the above-captioned action are hereby dismissed, with prejudice.

2. The Complaint in this action is hereby dismissed.

3. This Court retains jurisdiction over this case through December 31, 2020 with respect to both the County of San Mateo and Mark Church in his official capacity as Chief Elections Officer and Assessor-County Clerk-Recorder for the County of San Mateo to enforce the terms of the Agreement. Should this Court become unavailable during the term of the Agreement, the parties shall request that another judge or magistrate judge be assigned authority over this matter.

4. Both Defendants State of California and Alex Padilla in his official capacity as Secretary of State of California are hereby dismissed from this case. The Court does not retain jurisdiction over these two defendants for any purpose.

IT IS SO ORDERED.

DATED: __April 4__, 2018

_____
Honorable Charles R. Breyer